## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT – LAW DIVISION

| | | |
|---|---|---|
| HENRY HERNANDEZ, | ) | 2016L008996 |
| | ) | CALENDAR/ROOM B |
| Plaintiff, | ) | TIME 00:00 |
| | ) | Premises Liability |
| v. | ) | No. |
| | ) | |
| HOME DEPOT, U.S.A., INC. d/b/a | ) | |
| THE HOME DEPOT, an Illinois corporation, | ) | **JURY DEMAND** |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, HENRY HERNANDEZ, by and through his attorneys, WINTERS SALZETTA O'BRIEN & RICHARDSON, LLC, complaining of the Defendant, HOME DEPOT, U.S.A., INC. d/b/a THE HOME DEPOT (hereinafter "THE HOME DEPOT"), an Illinois corporation, states and alleges as follows:

1. On September 26, 2014, and at all times relevant, the Defendant THE HOME DEPOT, by and through its agents and/or employees, owned, controlled, operated and/or maintained the Home Depot Store located at 1000 Barrington Road, in the City of Schaumburg, County of Cook, and State of Illinois.

2. On September 26, 2014, and at all times relevant, the Defendant, THE HOME DEPOT invited the general public, including the Plaintiff, HENRY HERNANDEZ, to enter its retail store, THE HOME DEPOT, located at 1000 Barrington Road, in the City of Schaumburg, County of Cook, and State of Illinois.

3. On September 26, 2014, and at all times relevant, the Defendant THE HOME DEPOT, by and through its agents and/or employees, had a duty to exercise reasonable care to properly maintain the premises of the aforementioned Home Depot store, located at 1000

~~Barrington Road in the City of Schaumburg, for the safety of customers including the Plaintiff,~~ HENRY HERNANDEZ.

4. On September 26, 2014, the Plaintiff HENRY HERNANDEZ was lawfully on the premises of the aforementioned Home Depot store located at 1000 Barrington Road, in the City of Schaumburg, County of Cook, and State of Illinois.

5. At the aforementioned time and place, the Defendant THE HOME DEPOT, by and through its agents and/or employees, was pushing a cart loaded with materials in an area of the aforementioned store where customers, such as Plaintiff HENRY HERNANDEZ, were permitted and present.

6. At the aforementioned time and place, the Defendant THE HOME DEPOT, by and through its agents and/or employees, pushed the aforementioned cart into the Plaintiff HENRY HERNANDEZ.

7. On September 26, 2014, and at all times relevant, the Defendant, THE HOME DEPOT by and through its agents and/or employees, had a duty to prevent the creation or presence of a hazardous condition on the premises, including carts of supplies and/or materials and the movement of said carts in or around the premises of the Home Depot Store.

8. On September 26, 2014, and at all times relevant, the Defendant, THE HOME DEPOT by and through its agents and/or employees, had a duty to transport materials and supplies around on the premises in a reasonably safe manner and avoid creating a hazardous condition for its patrons.

9. On September 26, 2014, and at all times relevant, the Plaintiff, HENRY HERNANDEZ, was a patron of The Home Depot Store, located 1000 Barrington Road in the City of Schaumburg, County of Cook, and State of Illinois.

10. At said time and place and prior thereto, the Defendant, THE HOME DEPOT, knew or in the exercise of reasonable care, should have known that the condition of the cart and/or the manner in which the cart was being maneuvered on the floor involved an unreasonable risk of harm to customers including the Plaintiff, HENRY HERNANDEZ.

11. On September 26, 2014, and at all times relevant, the Defendant THE HOME DEPOT, by and through its agents and/or employees, breached its duty and was negligent in one or more of the following respects:

   a. failed to properly load the cart of supplies/materials so as to allow for a sufficient lookout and/or operation of the cart;

   b. failed to properly inspect the supplies/materials loaded onto the supply cart and/or the manner or amount loaded onto the cart prior to its operation;

   c. failed to take steps to eliminate the hazardous condition created by the stacking of supplies/materials and/or loading of the cart;

   d. failed to maintain the premises in a reasonably safe condition;

   e. failed to provide audible warning of the presence and/or movement of the aforementioned cart;

   f. failed to place pricing information in a reasonably safe area;

   g. failed to provide a spotter and/or guide to assist in the movement of the aforementioned cart; and/or

   h. Was otherwise careless and negligent.

12. As a direct and proximate result of one or more of the following negligent acts and/or omissions of the Defendant, THE HOME DEPOT, by and through its agents and/or employees, the Plaintiff, HENRY HERNANDEZ, was injured, has endured and will continue to endure significant pain and suffering, has been injured in his capacity to earn a living, has incurred significant sums for medical care and treatment, and has been otherwise injured.

WHEREFORE, the Plaintiff, HENRY HERNANDEZ, demands judgment against Defendant, HOME DEPOT, U.S.A., INC. d/b/a THE HOME DEPOT, an Illinois corporation, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000).

          Respectfully submitted,

          WINTERS SALZETTA O'BRIEN & RICHARDSON, LLC

By: _____
      Timothy M. Richardson, Attorney for the Plaintiff

**Winters Salzetta O'Brien & Richardson, LLC**
111 West Washington Street, Suite 1200
Chicago, IL 60602
(312) 236-6324
(312) 236-6425 Fax
Firm No. 60473
www.wsorlaw.com