# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Henry Hernandez
                                    Plaintiff,

v.                                                       Case No.: 1:16−cv−09573
                                                                 Honorable Matthew F. Kennelly

Home Depot, U.S.A., Inc.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 11, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court was advised via its courtroom deputy clerk on today's date that the parties have reached a settlement, subject to completing documentation. The Court advises that the trial date will not be vacated until a stipulation for dismissal is submitted. However, the final pretrial conference set for 3/13/2019 is vacated. The case is set for a status hearing on 3/13/2019 at 9:30 AM. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.